UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724 16-MD-2724 |
| | HON. CYNTHIA M. RUFE |
| IN RE: ALBUTEROL CASES | 16-AL-27240 |
| THIS DOCUMENT RELATES TO: ALL END-PAYOR ACTIONS | 16-AL-27242 |

**NOTICE OF WITHDRAWAL OF COUNSEL**

TO THE CLERK OF THE COURT:

Please withdraw the appearance of Andrew M. Purdy, formerly of the Joseph Saveri Law Firm, Inc., in the proceeding captioned above.  End-Payor Plaintiff Self-Insured Schools of California will continue to be represented by the Joseph Saveri Law Firm, Inc. and its attorneys Joseph R. Saveri, Nicomedes S. Herrera, and Ryan J. McEwan, all of whom have entered their appearance in the proceeding captioned above.

Dated:  August 9, 2017

Respectfully Submitted,

JOSEPH SAVERI LAW FIRM, INC.

By:      */s/  Joseph R. Saveri*
         Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Nicomedes S. Herrera (State Bar No. 275332)
Ryan J. McEwan (State Bar No. 285595)
JOSEPH SAVERI LAW FIRM, INC.
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Telephone:  (415) 500-6800
Facsimile:   (415) 395-9940
jsaveri@saverilawfirm.com
nherrera@saverilawfirm.com
rmcewan@saverilawfirm.com

*Counsel for End-Payor Plaintiff Self-Insured Schools of California*

## CERTIFICATE OF SERVICE

I, Prem Lall, am employed in the County of San Francisco, State of California.  I am over the age of 18 years and not a party to this action.  My business address is Joseph Saveri Law Firm, Inc., 1210 Montgomery Street, Suite 1210, San Francisco, CA  94111.

I hereby certify that on August 9, 2017, I served on counsel for each party a true and correct copy of the following document via the Court's Electronic Case Filing system:

- **NOTICE OF WITHDRAWAL OF COUNSEL**

Dated:  August 9, 2017                                        By:        */s/ Prem Lall*
                                                                              Prem Lall