## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724**<br>**16-MD-2724**<br>**HON. CYNTHIA M. RUFE** |
| **IN RE: ALBUTEROL Lead Case** | **16-AL-27240** |
| **IN RE: ALBUTEROL End-Payer Case** | **16-AL-27242** |
| **THIS DOCUMENT RELATES TO:**<br>**ALL ALBUTEROL CASES** | |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 5.1(c), the undersigned attorneys of record for End Payor Plaintiffs respectfully request that the appearance of Stephanie A. Chen of the law firm of Lockridge Grindal Nauen P.L.L.P. be withdrawn in the above-captioned matters.

Lockridge Grindal Nauen P.L.L.P. and all other counsel of record, will continue to represent End Payor Plaintiffs in this matter.

Dated: May 7, 2021

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

*/s/Heidi M. Silton*
Heidi M. Silton (MN 025759X)
Jessica N. Servais (MN 0326744)
Arielle S. Wagner (MN #0398332)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email: hmsilton@locklaw.com
jnservais@locklaw.com
aswagner@locklaw.com

**Attorneys for End-Payor Plaintiffs**

559084.1

**CERTIFICATE OF SERVICE**

I, Heidi M. Silton, hereby certify that on this 7th day of May, 2021, that I caused the foregoing Notice of Withdrawal of Appearance to be filed via the Court's CM/ECF system, which sent notice to all counsel of record in this action.

                                        */s/Heidi M. Silton*
                                        Heidi M. Silton (MN 025759X)